UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-20805

ANDRES GOMEZ,

    Plaintiff,

v.

T-MOBILE USA, INC.,

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

   **Andres Gomez**, (Plaintiff)

   Garcia-Menocal & Perez, P.L. (counsel for Plaintiff)

   Alfredo Garcia-Menocal, Esq. (counsel for Plaintiff)

   Alfredo Garcia-Menocal, P.A. (counsel for Plaintiff)

   Anthony J. Perez, Esq. (counsel for Plaintiff)

   Anthony J. Perez, P.A. (counsel for Plaintiff)

   Charles Childers ADA Assistance Group, Inc. (Plaintiff's Expert)

   **T-Mobile USA, Inc.** (Defendant)

1

John J. Legere (President and Chief Executive Officer of Defendant, T-Mobile USA, Inc.)

Lauren Venezia (Executive Vice President, Deputy General Counsel and Assistant Secretary of Defendant, T-Mobile USA, Inc.)

Jon A. Freier (Executive Vice President of Defendant, T-Mobile USA, Inc.)

Neville R. Ray (Executive Vice President, and Chief Technology Officer of Defendant, T-Mobile USA, Inc.)

David A. Miller (Executive Vice President, General Counsel, Secretary and Director of Defendant, T-Mobile USA, Inc.)

Peter A. Ewens (Executive Vice President of Defendant, T-Mobile USA, Inc.)

Michael J. Morgan (Senior Vice President of Defendant, T-Mobile USA, Inc.)

Yvonne Smith (Vice President of Defendant, T-Mobile USA, Inc.)

J. Braxton Carter (Executive Vice President and Chief Financial Officer of Defendant, T-Mobile USA, Inc.)

Thomas C. Keys (President of Defendant, T-Mobile USA, Inc.)

Elizabeth A. Sullivan (Executive Vice President of Defendant, T-Mobile USA, Inc.)

G. Michael Sievert (Chief Operating Officer of Defendant, T-Mobile USA, Inc.)

David R. Carey (Executive Vice President of Defendant, T-Mobile USA, Inc.)

Cody M. Sanford (Executive Vice President and Chief Information Officer of Defendant, T-Mobile USA, Inc.)

Marc D. Rome (Vice President of Defendant, T-Mobile USA, Inc.)

Christopher M. Miller (Vice President of Defendant, T-Mobile USA, Inc.)

Dirk Wehrse (Senior Vice President of Defendant, T-Mobile USA, Inc.)

Sarah E. Mock (Assistant Secretary of Defendant, T-Mobile USA, Inc.)

Callie R. Field (Senior Vice President of Defendant, T-Mobile USA, Inc.)

> J. Andres Sherrard (Executive Vice President and Chief Managing Officer of Defendant, T-Mobile USA, Inc.)
>
> James Arca (Director of Construction of Defendant, T-Mobile USA, Inc.)
>
> David Plunkett (Director of Defendant, T-Mobile USA, Inc.)
>
> Janice V. Kapner (Senior Vice President of Defendant, T-Mobile USA, Inc.)
>
> Peter Osvaldik (Senior Vice President and Chief Accounting Officer of Defendant, T-Mobile USA, Inc.)
>
> Rahul Modi (Assistant Treasurer of Defendant, T-Mobile USA, Inc.)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None other than the Defendants.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    None, other than the Defendants.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    ANDRES GOMEZ (Plaintiff)

5. Undersigned counsel certifies that he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this 3rd day of April, 2018.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, Unit 3
Miami, FL  33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: agmlaw@bellsouth.net

By*:   /s/ Anthony J. Perez*_____
      ANTHONY J. PEREZ
      Florida Bar No.: 535451
      ALFREDO GARCIA-MENOCAL
      Florida Bar No.: 533610

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of April, 2018, the foregoing document is being served on all counsel of record.

        Respectfully submitted

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 SW 74th Court, Unit 3
        Miami, FL  33155
        Telephone: (305)553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperezlaw@gmail.com
        Secondary E-Mail: agmlaw@bellsouth.net

        By: */s/ Anthony J. Perez*
            ANTHONY J. PEREZ
            Florida Bar No.: 535451
            ALFREDO GARCIA-MENOCAL
            Florida Bar No.: 533610